# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 406 MAL 2021

            Petitioner    :

            :    Petition for Allowance of Appeal
            :    from the Order of the Superior Court

         v.    :

STEVEN LEONARD VERBECK,    :

            Respondent    :

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner is:

Whether the Superior Court erred in holding for DUI sentencing purposes that the Defendant's conviction was a first offense in ten years as opposed to a second offense in ten years based upon the defective holding in *Commonwealth v. Chichkin*, 232 A.3d 959 (Pa. Super. 2020) that acceptance of ARD could not be treated as a prior conviction?

Justice Brobson did not participate in the consideration or decision of this matter.